IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GREG E. LINDBERG, | ) | |
| | ) | |
|     Petitioner-Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:21cv415-MHT |
| | ) | (WO) |
| ALAN COHEN, Warden, | ) | |
| Federal Prison Camp | ) | |
| Montgomery, and MICHAEL | ) | |
| CARVAJAL, Director, | ) | |
| Federal Bureau of Prisons, | ) | |
| | ) | |
|     Respondent-Defendants. | ) | |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. 23), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice and with each party to bear his own costs.

All pending motions are denied as moot, and the recommendation (Doc. 18) is withdrawn.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of June, 2021.

                                      /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE